IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Travillion, Fred M | Case Number:  03 B 50743 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/22/08 | Filed:  12/17/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  March 31, 2008
Confirmed:  February 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,043.00 | |
| Secured: | | 38,172.66 |
| Unsecured: | | 2,236.92 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 2,370.95 |
| Other Funds: | | 868.47 |
| Totals: | 46,043.00 | 46,043.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chicago Lawyers Group P.C. | Administrative | 2,394.00 | 2,394.00 |
| 2. | GMAC Mortgage Corporation | Secured | 33,877.72 | 33,877.72 |
| 3. | GMAC Mortgage Corporation | Secured | 4,294.94 | 4,294.94 |
| 4. | Resurgent Capital Services | Unsecured | 2,236.92 | 2,236.92 |
| 5. | Internal Revenue Service | Priority | | No Claim Filed |
| 6. | Home Depot | Unsecured | | No Claim Filed |
| 7. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 8. | Harris & Harris | Unsecured | | No Claim Filed |
| 9. | Nombach Company | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,803.58 | $ 42,803.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 304.36 |
| 4% | 145.79 |
| 6.5% | 428.66 |
| 3% | 82.89 |
| 5.5% | 455.90 |
| 5% | 138.15 |
| 4.8% | 265.24 |
| 5.4% | 549.96 |
| | _____ |
| | $ 2,370.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Travillion, Fred M

Printed:  4/22/08

Case Number:  03 B 50743

Judge:  Goldgar, A. Benjamin

Filed:  12/17/03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

